**SO ORDERED.**

**SIGNED this 02 day of August, 2005.**



*Dale L. Somers*
**Dale L. Somers**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

**In re:**

**FAYE ELLEN SUCHY,**

**CASE NO. 05-10761-7**
**CHAPTER 7**

**DEBTOR.**

### JUDGMENT DENYING TRUSTEE'S MOTION FOR TURNOVER OF DEBTOR'S 1996 DODGE DAKOTA PICKUP TRUCK AND OVERRULING TRUSTEE'S OBJECTION TO DEBTOR'S EXEMPTION OF THE TRUCK

This contested matter came before the Court for hearing on August 1, 2005, on the trustee's motion for turnover of the debtor's 1996 Dodge Dakota pickup truck, and the trustee's objection to the debtor's claim that the truck is exempt. Trustee J. Michael Morris appeared as his own counsel. The debtor appeared by counsel David J. Lund. The

Court heard evidence and argument from counsel, and announced its decision denying the trustee's motion and objection.

This Court has jurisdiction over the parties and the subject matter of this matter pursuant to 28 U.S.C.A. §§ 157(a) and 1334(a) and (b), and the Standing Order of the United States District Court for the District of Kansas that exercised authority conferred by § 157(a) to refer to the District's bankruptcy judges all matters under the Bankruptcy Code and all proceedings arising under the Code or arising in or related to a case under the Code, effective July 10, 1984[1]. Furthermore, this Court may hear and finally adjudicate this matter because it is a core proceeding pursuant to 28 U.S.C.A. § 157(b)(2)(B) and (E).

Following the close of the evidence, pursuant to Federal Rules of Bankruptcy Procedure 9014(c) and 7052 (which make Civil Rule 52 apply to this matter), the Court announced on August 1, 2005, its Findings of Fact and Conclusions of Law. Based upon the foregoing, including those Findings and Conclusions, and in accordance with Bankruptcy Rule 9021 and Civil Rule 58(a), judgment is hereby entered denying the trustee's motion for turnover of the truck and his objection to the debtor's exemption of the truck.

# # #

---

[1] The order is referred to in D. Kan. Rule 83.8.5, and is quoted in the Preface to the 2004 Local Rules of the United States Bankruptcy Court for the District of Kansas, at page v.